USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 21, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
:
IN RE ALUMINUM WAREHOUSING       :
ANTITRUST LITIGATION             :
:
:
:
:
------------------------------------------------------------X

13 MD 2481 (KBF)
and all related cases

ORDER

KATHERINE B. FORREST, District Judge:

In a letter dated May 20, 2014, certain counsel request permission to appear telephonically at the upcoming tutorial scheduled for May 28, 2014 at 9:00 a.m. (ECF No. 374.)

With respect to **both** the May 28, 2014 tutorial and argument on the pending motions to dismiss (which is currently scheduled for June 20, 2014 at 9:00 a.m.), to the extent any counsel wish **only to listen** to these hearings, telephonic appearances will be permitted.  Counsel who wish to listen to the hearings by phone shall coordinate a dial-in number and then call the Court at (212) 805-0139 on a single line at the time of the hearing.

The Clerk of Court is directed to close the motion at ECF No. 374.

SO ORDERED.

Dated:     New York, New York
           May 21, 2014

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge