

Grant & Eisenhofer P.A.

485 Lexington Avenue    New York, NY 10017    Tel: 646-722-8500    Fax: 646-722-8501

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100

1747 Pennsylvania Avenue, N.W., Suite 875
Washington, DC 20006
Tel: 202-386-9500
Fax: 202-386-9505

Linda P. Nussbaum
Director
Tel: 646-722-8504
lnussbaum@gelaw.com

30 N. LaSalle Street, Suite 1200
Chicago, IL 60602
Tel: 312-214-0000
Fax: 312-214-0001

February 27, 2015

**VIA ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10017

> Re: *In re Aluminum Warehousing Antitrust Litigation* (13 MD 2481 (KBF))
> <u>Response to February 20, 2015 Order (ECF No. 719)</u>

Dear Judge Forrest:

  In accordance with the Court's Individual Practices, I enclose a copy of the parties' JOINT INDEX TO DOCUMENTS FILED UNDER SEAL, which was filed and served via ECF in the above-styled matter today pursuant to the February 20, 2015, Order of the Court, (ECF 719).

              Respectfully Submitted,

              Linda P. Nussbaum