UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
In re ALUMINUM WAREHOUSING   : Civil Action No. 1:13-md-02481-PAE
ANTITRUST LITIGATION         :
                             : ORDER TO WITHDRAW BRIAN O.
---------------------------------------------------------  : O'MARA AS ATTORNEY OF RECORD
                             :
This Document Relates To:    :
                             :
    ALL ACTIONS.             :
                             :
--------------------------------------------------------- x

4887-2031-8793.v1

The motion of Brian O. O'Mara to withdraw as attorney of record in the above-referenced action is granted.

IT IS HEREBY ORDERED that Brian O. O'Mara be withdrawn as Counsel for First-Level Purchaser Plaintiffs Ampal, Inc., Custom Aluminum Products, Inc., Claridge Products and Equipment, Inc., and Extruded Aluminum Corporation in the above-referenced action.

IT IS SO ORDERED.

DATED: Jan 18, 2023

_____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE